ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

NICOLE HUDSPETH #11079
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Nicole.Hudspeth@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 27 2023
at 12 o'clock and 40 min. P M
CLERK, U.S. District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR23-00056 HG |
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. § 846, 841(a)(1), 841(b)(1)(A) |
| JASON MATSUSHIGE, | |
| Defendant | |

INDICTMENT

The Grand Jury charges:

<u>Conspiracy to Distribute and Possess with
Intent to Distribute Heroin</u>
(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A))

From a precise date unknown, but at least by on or about March 3, 2018, and continuing to on or about September 10, 2018, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, JASON MATSUSHIGE, the defendant, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown, to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

DATED: July 27, 2023, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

NICOLE HUDSPETH
Special Assistant U.S. Attorney