CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

NICOLE HUDSPETH #11079
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Nicole.Hudspeth@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 23-00056 HG |
| | ) | |
| Plaintiff, | ) | WITHDRAWAL OF NOTICE |
| | ) | OF RELATED CASE; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JASON MATSUSHIGE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WITHDRAWAL OF NOTICE OF RELATED CASE

The United States hereby withdraws its notice of related case, filed on July 27, 2023. ECF No. 3. The above-captioned case Indictment does not involve the same transaction and subject matter as the following proceedings: <u>United States v. Jason Matsushige</u>, Cr. No. 20-00049-DKW.

DATED: July 28, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By */s/ Nicole Hudspeth*
    NICOLE HUDSPETH
    Special Assistant U.S. Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

CAROLINE ELLIOT         caroline@attorneysforfreedom.com

DATED:  July 28, 2023, at Honolulu, Hawaii.

/s/ Melena Malunao
United States Attorney's Office
District of Hawaii